IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SADRICK BEVARD JOHNSON,           §
       Plaintiff,                            §
                                             §
v.                                §        No. 3:26-CV-1044-N-BW
                                             §
GREGG COUNTY SHERIFF              §
DEPARTMENT,                       §
       Defendant.                           §

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the Court will **DISMISS** the Complaint for a Civil Case, filed on April 1, 2026 (Dkt. No. 3), without prejudice as frivolous and malicious and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

Additionally, the Plaintiff is **WARNED** that if he persists in filing frivolous or baseless lawsuits, he may be assessed monetary sanctions, barred from bringing any new action, or subjected to any other sanctions the Court deems appropriate.

**SO ORDERED** this 8th day of May, 2026.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE